People of the State of Illinois, Plaintiff-Appellee,
v. Woodrow Temple, Defendant-Appellant.

Gen. No. 49,604.

First District, Second Division.
April 21, 1964.

 Wood-
row Temple, pro se, appellant. No appearance made for appellee.
Opinion by PRESIDING JUSTICE BURKE. Not to be published
in full.